# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

CLERK OF COURT                                                                P.O. BOX 61010
                                                                              HOUSTON, TX 77208

December 18, 2009

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

           IN RE: USA vs Percel et al
           District Court Case No.: 4:06cr89-4
           Circuit Court Case No.:09-20752

Dear Mr. Fulbruge:

Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter.  This record contains 3  volumes of the printed record on appeal.

- Copies of  transcripts are enclosed. Entries  # 376, 378, 381, 384, 385(4 vols) and 386

- Copies of sealed documents are enclosed. Entries # 242, 256-258, 279 & 303

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process is complete.

Very Truly Yours,

The Clerk of Court

S Murdock
Deputy Clerk