UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Respondent, | § § | |
| V. | § § | CRIMINAL ACTION NO. H-06-89-4 |
| | § | CIVIL ACTION NO. H-10-1394 |
| SUGENTINO PERCEL | § § | |
| Movant. | § | |

## ORDER

Pending before the Magistrate Judge upon referral from the District Judge is Petitioner's Motion for Enlargement of Time to File a Reply to Counsel's Affidavit (Document No. 535), in which Petitioner seeks an extension of time of twenty (20) days to respond to the Affidavit of Mr. Ivan R. LopezDeVictora. (Document No. 534). Upon consideration of the motion, the Magistrate Judge finds that Petitioner's request is meritorious and should be granted. Accordingly, it is

ORDERED that Petitioner's Motion for Enlargement of Time to File a Reply to Counsel's Affidavit (Document No. 535) is GRANTED and Petitioner shall have until May 2, 2011, to respond to the Affidavit of Mr. Ivan R. LopezDeVictora.

Signed at Houston, Texas, this 21st day of March, 2011.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE