## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 19 2011

David J. Bradley, Clerk of Court

SUGENTINO PERCEL,
           Petitioner,

vs.

                     Docket No.: 4:06-CR-89-001
                     H -10-1394

UNITED STATES OF AMERICA
           Respondent.
_____/

### NOTICE OF CHANGE OF ADDRESS

Petitioner Sugentino Percel hereby provides notice of change of address as

required per Court Rules.  The new mailing address is:

           Sugentino Percel
           Reg. # 39433-179
           Elkton  F.C.I.
           P.O. BOX 10
           Lisbon, OH 44432

Done this 15 day of May 2011

                     Respectfully Submitted,

                     _____
                     Sugentino Percel
                     Reg. # 39433-179
                     Elkton  F.C.I.
                     P.O. BOX 10
                     Lisbon, OH 44432

## CERTIFICATE OF SERVICE

I hereby do certify that a true and correct copy of this motion was mailed to: AUSA John Berry, 919 Milam Street, Suite # 1500, Houston, TX 77002 via first class mail via the Federal Bureau of Prisons Legal Mail System.

Done this ___ day of May 2011

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this ___ day of May 2011 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System with sufficient First Class Postage pre-paid.

Sugentino Percel
Register No.: 39433-179
FTC Oklahoma City
Federal Transfer Center
P.O. Box 898801
Oklahoma City, Ok  73189

Sugentino Percal
Reg # 39433-179
Elkton F.C.I
P.O. Box 10
Lisbon, OH 44432

Legal Mail

United States District Court
For The Southern District Of Texas
515 Rusk Street, Room S300
Houston, Tx 77002-2600

77002+2600

13 MAY 2011 PM 1 L

USA FIRST-CLASS FOREVER

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 1 9 2011

David J. Bradley, Clerk of Court