| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

SUGENTINO PERCEL
[X] (Custody)

**NOTICE OF RE-SETTING**

CRIMINAL NO. H-06-89-4

**You Are Directed To Appear Before:**
**JUDGE MELINDA HARMON**
**Courtroom 9-C, 9th Floor**
United States Courthouse
515 Rusk Avenue
Houston, Texas  77002

On **March 30, 2012** at **1:30 p.m.**

**Purpose of Proceeding**

[ ] Initial Appearance
[ ] Rearraignment
[ ] Jury Selection and Trial
[ ] Hearing
[ ] Sentencing
**[X] Other -EVIDENTIARY HEARING** *(RESET FROM 03/23/12 AT 1:30 P.M.)*
[ ] Final Pretrial Conference
   **DEFENDANT IS REQUIRED TO APPEAR**

cc:  AUSA **Joe Mirsky**
     Legal Clerk
     Defendant's Counsel

     U. S. Probation Office
     Case Manager:  Helen Tippen
     Interpreter: _____

Surety (required to produce the defendant or bond may be forfeited)

**Michael Milby, Clerk**