UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | H-06-89-4, H-10-1394 |
|---|---|---|---|
| | | | |
| | *versus* | | |
| | USA v. Percel | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Henry E. Marines<br>Law Offices of Henry E. Marines<br>8501 SW 124 Avenue, Suite 204<br>Miami, FL 33183<br>305-412-4443<br>Florida 702722 |
|---|---|
| Seeks to appear for this party: | Sugentino Percel |
| Dated: 3/22/12 | Signed: |

| The state bar reports that the applicant's status is: *active* | |
|---|---|
| Dated: 03/27/12 | Clerk's signature: N. Zippa |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: 3-28-2012

United States District Judge