IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SUGENTINO PERCEL,

    Petitioner,

vs.

                      Docket No.: 4:06-CR-89-001
                      H-10-1394

UNITED STATES OF AMERICA

    Respondent.
_____/

## NOTICE OF RESETING HEARING

Having considered the Petitioner's Unopposed Motion for Continuance, it is hereby,

**ORDERED** that said motion be **GRANTED**.

The Evidentiary Hearing has been reset for April 27, 2012 at 1:30 p.m.

SIGNED on this 29th day of March 2012

                                      Melinda Harmon
                                      United States District Judge
                                      Southern District of Texas